## CLEARPLAY, INC., Appellant

v.

## CUSTOMPLAY, LLC, Appellee

### 2016-1152, 2016-1153

United States Court of Appeals, Federal Circuit.

August 16, 2016

BRIAN TUCKER, Kirton & McConkie, Salt Lake City, UT, argued for appellant. Also represented by JAMES T. BURTON.

JOHN C. CAREY, Carey, Rodriguez, Greenberg & Paul, LLP, Miami, FL, argued for appellee.

Newman, Clevenger, and O'Malley, Circuit Judges.

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**